**DISMISS and Opinion Filed October 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-18-00682-CV
_____

### ABUJOHAR MOHAMMED, Appellant

### V.

### THOMAS PEREZ, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00399-B**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated June 11, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 11, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b), 42.3 (b), (c).


                                        /Carolyn Wright/
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE


180682F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ABUJOHAR MOHAMMED, Appellant

No. 05-18-00682-CV     V.

THOMAS PEREZ, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-00399-B.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THOMAS PEREZ recover his costs, if any, of this appeal from appellant ABUJOHAR MOHAMMED.

Judgment entered October 4, 2018.